**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANN CASSAS, as Guardian Ad Litem for M. C., <br><br> Plaintiff, <br><br> vs. <br><br> THE COCA-COLA COMPANY, a Delaware Corporation; WAL-MART STORES, INC., A Delaware Corporation, and DOES I-XX, inclusive, <br><br> Defendants. | 3:11-cv-00677-ECR-WGC <br><br><br><br> **Order** |

  On August 20, 2011, Plaintiff filed a complaint (#1-2) for strict liability and negligence in the Second Judicial District Court of the State of Nevada in and for the County of Washoe.  On September 21, 2011, Defendants removed (#1) the case to this Court. On March 9, 2012, Defendant The Coca-Cola Company filed a Notice of Settlement (#34), stating that the parties have reached a settlement of all claims pending in this action and will submit a Stipulation and Order for Dismissal with Prejudice within the next few weeks.

  On March 23, 2012, Plaintiff as guardian for M.C. filed a Petition to Compromise a Minor's Claim (#36), stating that the parties have reached a settlement and requesting that this Court accept and approve it.  The terms of the settlement are set forth in

the Petition (#36). Specifically, the Petition (#36) provides that M.C. required medical attention amounting to $1,081.64, and Defendants have agreed to enter into a global settlement in the amount of $3,000.00. Plaintiff's attorney claims reduced costs in the amount of $459.59. Plaintiff shall establish a blocked, financial investment as defined by Nev. Rev. Stat. § 41.200 for M.C. in the amount of $2,540.41 until she reaches the age of majority or the Court otherwise orders. Plaintiff requests that this Court waive the requirement of a bond. The Petition (#36) requests that this Court approve the settlement and allow Plaintiff to execute a Release of M.C.'s rights to seek further compensation from the parties named in the Release.

**IT IS, THEREFORE, HEREBY ORDERED** that the Petition to Compromise a Minor's Claim (#36) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Remand (#9) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties shall file the Stipulation and Order for Dismissal with Prejudice within thirty (30) days of the date of entry of this Order.

DATED: May 10, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

2