1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant/Cross-Claimant*
5  *Wal-Mart Stores, Inc.*

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8  JOANN CASSAS, as Guardian Ad Litem for          Case No.: 3:11-cv-00677-ECR-VPC
   MACKENZIE CASSAS,
9
10                    Plaintiff,                    **STIPULATION AND ORDER FOR**
                                                    **DISMISSAL WITH PREJUDICE**
   v.
11
   THE   COCA-COLA   COMPANY,  a                    ORDER GRANTING
12 Delaware   Corporation;   WAL-MART              STIPULATION
   STORES, INC., A Delaware Corporation,
13 DOES I-XX, inclusive,

14                    Defendants.

15        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16 counsel of record, that the above-captioned matter be dismissed with prejudice,

17 / /

18 / /

19 / /

20 / /

21 / /

22 / /

23 / /

24 //

25 //

26 //

27 //

28 //

1    each party to bear his or her own costs and attorney's fees.

2

3    DATED this 16th day of July, 2012.      DATED this 16th day of July, 2012.

4    **Law Office of Stephen H. Osborne, Ltd.**      **Phillips Spallas & Angstadt, LLC**

5     _/s/ Stephen H. Osborne_____      _/s/ Brenda H. Entzminger_____
     Stephen H. Osborne, Esq.                     Brenda H. Entzminger
6    232 Court Street                             504 South Ninth Street
     Reno, Nevada 89501                           Las Vegas, Nevada 89101
7    (775) 789-4944                               (702) 938-1510
     *Attorneys for Plaintiff*                    *Attorneys for Defendant/Cross-Claimant*
8                                                 *Wal-Mart Stores, Inc.*

9

10   DATED this 16th day of July, 2012.

11
     **Hall Jaffe & Clayton, LLP**
12
      _/s/ Ashlie L. Surer_____
13   Ashlie L. Surer, Esq.
     7455 West Washington Avenue, Suite 460
14   Las Vegas, Nevada 89128
     (702) 316-4111
15   *Attorneys for Defendant/Cross-Defendant*
     *The Coca-Cola Company*
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

   PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

3

it is hereby:

4

   ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

5

6

with prejudice each party to bear their own costs and attorney's fees.

7

   DATED this 18th day of July 2012.

8

   _____

9

   **JUDGE EDWARD C. REED, JR.**

10

Respectfully submitted by:

11

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

12

 */s/ Brenda H. Entzminger*

13

BRENDA H. ENTZMINGER
Nevada Bar No. 9800

14

504 South Ninth Street
Las Vegas, Nevada 89101

15

(702) 938-1510

16

*Attorneys for Defendant/Cross-Claimant*

17

*Wal-Mart Stores, Inc.*

18

19

20

21

22

23

24

25

26

27

28